(March 11, 1986)

■ The People of the State of New York ex rel. Sloman Knox, Jr., Petitioner, v Ronald Miles, as Superintendent of Elmira Correctional Facility, Respondent.—Application, pur-

suant to CPLR 7002 (b) (2) for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.